IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CALVIN MAGSBY                  PLAINTIFF

v.      Case No. 4:04-CV-1276 JMM

JACKSON EXCAVATING
AND LEASING COMPANY, INC.            DEFENDANT

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of the parties (Doc. No. 24), and since this matter has been amicably settled and resolved, the Complaint and Amended Complaint of the Plaintiff should be and is hereby dismissed with prejudice.

IT IS SO ORDERED this 14th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY:

/s/ J. Cotten Cunningham
J. Cotten Cunningham
AR Bar No.: 97238
Attorney for Jackson Excavating and Leasing Co, Inc.
LASER LAW FIRM, P.A.
101 S. Spring Street, Ste. 300
Little Rock, AR 72201
(501) 376-2981
ccunningham@laserlaw.com